UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY LOCKETT,

    Plaintiff,

v.

AMERICAN AXLE & MANUFACTURING, INC.,

    Defendant.
_____/

Case No. 1:20-cv-653

HONORABLE PAUL L. MALONEY

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED ANSWER**

    Pending before the Court is Defendant's motion for leave to file an amended answer (ECF No. 16). Plaintiff does not concur in the motion.  No response to the motion has been filed and the deadline to do so has passed.  Therefore,

    **IT IS HEREBY ORDERED** that the motion for leave to file an amended answer (ECF No. 16) is GRANTED for the reasons stated in the motion.

    **IT IS FURTHER ORDERED** that the Clerk of Court shall accept the proposed document for filing.

Dated:  November 20, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge