UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY LOCKETT,

    Plaintiff,                       Case No. 20-cv-00653

v.                                        Honorable Paul L. Maloney

AMERICAN AXLE & MANUFACTURING,     Magistrate Judge Sally J. Berens
INC.,

    Defendant.

| | |
|---|---|
| Marc A. Asch (P75499)<br>Attorney for Plaintiff<br>137 N. Park St, Suite 201B<br>Kalamazoo, MI 49007<br>Phone (617)653-8184<br>marc.a.asch@gmail.com<br><br>Jason R. Pelak (P79618)<br>Attorney for Plaintiff<br>700 Milam Street, Suite 1300<br>Houston, TX 77002<br>Phone (832) 871-5031<br>jason@pelaklaw.com | KIENBAUM HARDY VIVIANO<br>PELTON & FORREST, P.L.C.<br>William B. Forrest III (P60311)<br>Thomas J. Davis (P78626)<br>Attorneys for Defendant<br>280 N. Old Woodward Ave.<br>Ste. 400<br>Birmingham, MI 48009<br>(248) 645-0000<br>wforrest@khvpf.com<br>tdavis@khvpf.com |

**Stipulated Order of Dismissal With Prejudice**

WHEREAS the parties, through their respective counsel, have stipulated and agreed to dismissal of Plaintiff's action with prejudice, with each party to bear her or its own attorneys' fees and costs;

IT IS HEREBY ORDERED that Plaintiff's action is dismissed with prejudice.  Each party will bear her or its own fees and costs. Entry of this order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated:  February 12, 2021

                                                                   /s/ Paul L. Maloney  
                                                                   Paul L. Maloney  
                                                                   United States District Judge

2

STIPULATED AND AGREED TO BY:

/s/  Marc A. Asch with permission
Marc A. Asch (P75499)
Attorney for Plaintiff
137 N. Park St, Suite 201B
Kalamazoo, MI 49007
Phone (617)653-8184
marc.a.asch@gmail.com


/s/  Jason R. Pelak with permission
Jason R. Pelak (P79618)
Attorney for Plaintiff
700 Milam Street, Suite 1300
Houston, TX 77002
Phone (832) 871-5031
jason@pelaklaw.com

/s/Thomas J. Davis
KIENBAUM HARDY VIVIANO
PELTON & FORREST, P.L.C.
William B. Forrest III (P60311)
Thomas J. Davis (P78626)
Attorneys for Defendant
280 N. Old Woodward Ave.
Ste. 400
Birmingham, MI 48009
(248) 645-0000
wforrest@khvpf.com
tdavis@khvpf.com


Dated:  February 11, 2021

2